# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

APPEAL OF CHESTER COUNTY : No. 355 MAL 2023
OUTDOOR, LLC FROM THE DECISION :
OF THE EAST PIKELAND TOWNSHIP :
ZONING HEARING BOARD DATED : Petition for Allowance of Appeal from
MARCH 23, 2016 : the Order of the Commonwealth
: Court
:
PETITION OF: EAST PIKELAND :
TOWNSHIP :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2023, the Petition for Allowance of Appeal is

**DENIED**.